**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1323**

_____

RAYMOND EARL MAY, JR.; ANGELA DOLORES MAY,

Plaintiffs - Appellants,

v.

MARTIN FEIN INTEREST LTD.,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-cv-00083-M)

_____

Submitted:  April 24, 2025                              Decided:  April 28, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Raymond Earl May, Jr., Angela Dolores May, Appellants Pro Se.  John Harrison Capitano, KIRK PALMER & THIGPEN, PA, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Earl May, Jr., and Angela Dolores May appeal the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendant in their civil action alleging violations of the Fair Housing Act, 42 U.S.C. § 3604. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See May v. Martin Fein Interest Ltd.*, No. 5:21-cv-00083-M (E.D.N.C. Mar. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*